■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GAYLORD W. GARDNER, Appellant. [828 NYS2d 226]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan,

J.), rendered November 23, 2005. The judgment convicted defendant, upon his plea of guilty, of felony driving while intoxicated.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present— Hurlbutt, J.P., Gorski, Lunn, Peradotto and Green, JJ.